## COPAS *v.* SCHMIDT, SECRETARY OF DEPARTMENT OF HEALTH AND SOCIAL SERVICES OF WISCONSIN.

No. 45, Misc.   Decided June 17, 1968.

*Bronson C. La Follette,* Attorney General of Wisconsin, and *William A. Platz,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion to substitute Wilbur J. Schmidt, Secretary, Wisconsin Department of Health and Social Services, as the party respondent is granted.   The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are also granted.   The judgment is vacated and the case is remanded to the Supreme Court of Wisconsin for further consideration in light of *Mempa* v. *Rhay,* 389 U. S. 128.